**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**MOBILE DIVISION**

| | | |
|---|---|---|
| **WILLIAM C. OUTLAW and PATRICIA M. OUTLAW,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 1:23-cv-00121-TFM-B** |
| **SECURITY BENEFIT LIFE INSURANCE, CARE FINANCIAL and DAVID H. SCHAPALS, *et al.*** | ) | |
| **Defendants.** | ) | |

**<u>DEFENDANT CARE FINANCIAL, LLC'S MOTION TO DISMISS</u>**

Defendant Care Financial, LLC ("Care"), pursuant to FED. R. CIV. P. 12(b)(6), moves this Honorable Court to dismiss it from this action for Plaintiffs' failure to state a claim against it upon which relief can be granted. As grounds, Care adopts and incorporates by reference as if fully set forth herein, the arguments made in the Motion to Dismiss filed by Defendant David H. Schapals (Doc. 6). David H. Schapals ("Schapals") is alleged to have been acting as an agent of Care (Doc. 1-1, PageID.36, unnumbered paragraph following ¶ 32), and the claims against Care are the same as those made against Schapals. (Doc. 1-1, PageID.29–48). Therefore, the reasons why the Motion to Dismiss filed by Schapals is due to be granted – because each of Plaintiffs' claims is time-barred and fails on the merits – apply to Care as well. Plaintiffs have failed to state a claim against Care upon which relief can be granted, and thus, Rule 12(b)(6) requires Care be dismissed. For these reasons, Care requests this Honorable Court grant its Motion to Dismiss.

Respectfully submitted,

s/ Michelle L. Crunk
John W. Dodson (ASB-9724-D65J)
Steve E. Whitehead (ASB-2282-T86S)
Michelle L. Crunk (ASB-2967-I71C)
*Attorneys for Care Financial, LLC*

OF COUNSEL:
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Ste. 100
Birmingham, Alabama 35213
Telephone: (205) 967-8822
jdodson@lgwmlaw.com
steve@lgwmlaw.com
mcrunk@lgwmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2023, the following counsel of record were served via the CM/ECF system and/or U.S. Mail:

Joseph C. McCorquodale, III
MCCORQUODALE LAW FIRM
Post Office Drawer 1137
226 Commerce Street
Jackson, Alabama 36545
egreen@mccorquodalelawfirm.com

Mitchell S. Ryan
TROUSDALE RYAN, P.C.
113 E. Tennessee Street
Florence, Alabama 35630
mitchell@trousdaleryan.com

Jason A. Walters
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Ave. N
Birmingham, AL 35203
jwalters@bradley.com

s/ Michelle L. Crunk
Of Counsel